THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY CAMPBELL, Appellant. [639 NYS2d 722]

Viewing the evidence in the light most favorable to the People (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish his intent to sell a controlled substance. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of evidence (*see,* CPL 470.15 [2]).

The sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Rosenblatt, J. P., O'Brien, Santucci and Goldstein, JJ., concur.